EXHIBIT B

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Rita Cazares | Social Security number or ITIN ▮▮▮▮ |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN ____ |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| United States Bankruptcy Court | Northern District of Texas | |
| Case number: | 24-31175-mvl7 | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rita Cazares

7/31/24

**By the court:** Michelle V. Larson
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Texas

| In re: | Case No. 24-31175-mvl |
|---|---|
| Rita Cazares | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: 318 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rita Cazares, 2040 Riverway Dr, Dallas, TX 75217-2530 |
| 20449547 | | Citimortgage, 15851 Clayton Rd, Ballwin, MO 63011 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRYAQUINTO.COM | Aug 02 2024 01:36:00 | Robert Yaquinto, Jr., 509 N. Montclair, Dallas, TX 75208-5450 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 01 2024 21:46:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K Knighton, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| 20449543 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 01 2024 21:46:00 | 5/3 Bank Na, 38 Fountain Sq Plz, Cincinnati, OH 45263-0001 |
| 20449544 | + | Email/Text: bcd@oag.texas.gov | Aug 01 2024 21:45:00 | Attorney General of Texas, Bankruptcy Division, P.O. Box 12548, Austin, TX 78711-2548 |
| 20449546 | | Email/Text: correspondence@credit-control.com | Aug 01 2024 21:45:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618 |
| 20449545 | + | EDI: CAPITALONE.COM | Aug 02 2024 01:36:00 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 20449548 | + | Email/PDF: bncnotices@becket-lee.com | Aug 01 2024 22:03:20 | Conn Credi, Box 2358, Beaumont, TX 77704-2358 |
| 20449549 | | EDI: DISCOVER | Aug 02 2024 01:36:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 20449550 | + | EDI: PHINGENESIS | Aug 02 2024 01:36:00 | Feb Retail, Po Box 4499, Beaverton, OR 97076-4499 |
| 20449551 | + | Email/Text: accountresearch@goodleap.com | Aug 01 2024 21:45:00 | Goodleap Llc, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 20449552 | + | EDI: LCIICSYSTEM | Aug 02 2024 01:36:00 | I.C. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 20449553 | | EDI: IRS.COM | Aug 02 2024 01:36:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 20449555 | | EDI: JPMORGANCHASE | Aug 02 2024 01:36:00 | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 20449554 | | EDI: JPMORGANCHASE | Aug 02 2024 01:36:00 | Jpmcb Card, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 20449556 | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 01 2024 21:46:00 | Linebarger, Goggan Blain & Sampson, 2777 N. |

District/off: 0539-3 | User: admin | Page 2 of 3
Date Rcvd: Aug 01, 2024 | Form ID: 318 | Total Noticed: 30

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Stemmons Fwy, Suite 100, Dallas, TX 75207-2502 |
| 20449558 | + | Email/Text: bankruptcynotices@sba.gov | Aug 01 2024 21:45:00 | Small Business Administration, 409 3rd Street, SW, Washington, DC 20416-0002 |
| 20449559 | + | EDI: SYNC | Aug 02 2024 01:36:00 | Syncb/Carecr, Po Box 981439, El Paso, TX 79998-1439 |
| 20449560 | + | EDI: SYNC | Aug 02 2024 01:36:00 | Syncb/Hdhvac, P.O. Box 276, Dayton, OH 45401-0276 |
| 20449561 | + | EDI: SYNC | Aug 02 2024 01:36:00 | Syncb/Netwrk, Pob 276, Dayton, OH 45401-0276 |
| 20449562 | + | EDI: SYNC | Aug 02 2024 01:36:00 | Syncb/Rmstgo, P.O. Box 276, Dayton, OH 45401-0276 |
| 20449563 | + | EDI: SYNC | Aug 02 2024 01:36:00 | Syncb/Sams, Po Box 981400, El Paso, TX 79998-1400 |
| 20449564 | + | EDI: SYNC | Aug 02 2024 01:36:00 | Syncb/Walm, Po Box 981400, El Paso, TX 79998-1400 |
| 20449565 | | Email/Text: pacer@cpa.state.tx.us | Aug 01 2024 21:46:00 | Texas Comptroller of Public Accounts, Revenue Accting Div,-Banker Section, P.O. Box 13528, Austin, TX 78711-3528 |
| 20449566 | | Email/Text: collections.pacer@twc.texas.gov | Aug 01 2024 21:46:00 | Texas Workforce Commission, 101 E. 15th St., Austin, TX 78778-0001 |
| 20449567 | + | EDI: CITICORP | Aug 02 2024 01:36:00 | Thd/Cbna, Po Box 9714, Gray, TN 37615-9714 |
| 20449569 | ^ | MEBN | Aug 01 2024 21:43:42 | US Attorney General, Dept of Justice/Main Justice Bldg, 10th & Constitution Ave NW, Washington, DC 20530-0001 |
| 20449570 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 01 2024 21:46:00 | US Trustee Office, 1100 Commerce St., Room 976, Dallas, TX 75242-0996 |
| 20449568 | | Email/Text: dawn.theiss@usdoj.gov | Aug 01 2024 21:46:00 | United States Attorney, Office of the United States Attorney, 3rd Floor, 1100 Commerce St., Dallas, TX 75242-1699 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20449557 | | Obed Cazares |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024        Signature:     /s/Gustava Winters

District/off: 0539-3                          User: admin                                  Page 3 of 3
Date Rcvd: Aug 01, 2024                       Form ID: 318                                  Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:**

**Name**                  **Email Address**

Guy H. Holman
                          on behalf of Debtor Rita Cazares gholman@debtreset.net
                          14246@notices.nextchapterbk.com;jjackson@debtreset.net;lwilliams@debtreset.net;ssalters@debtreset.net

Robert Yaquinto, Jr.
                          ryaquinto@syllp.com  ryaquinto@ecf.axosfs.com

Sherrel K. Knighton
                          on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com
                          Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.c
                          om

United States Trustee
                          ustpregion06.da.ecf@usdoj.gov


TOTAL: 4