**Debtor Information**

| | |
|---|---|
| **Name:** | MS RITA CAZARES |
| **Standardized Address:** | ████████████████ |
| **Original Address:** | ████████████████ |
| **SSN:** | ████████████████ |

EXHIBIT C

**Secured Party Information**

| | |
|---|---|
| **Name:** | GOODLEAP, LLC |
| **Standardized Address:** | 8781 SIERRA COLLEGE BLVD ROSEVILLE, CA 95661 |
| **Original Address:** | 8781 SIERRA COLLEGE BOULEVARD ROSEVILLE, CA USA 95661-5920 |

**Filing Information**

| | |
|---|---|
| **Original Filing Type:** | ORIGINAL FILING |
| **Original Filing Number:** | 220055071567 |
| **Filing Type:** | MASTER RECORD (ORIGINAL FILING UCC-1) |
| **Filing Number:** | 220055071567 |
| **Filing Date:** | 11/10/2022 |
| **Filing Time:** | 10:22 |
| **Filing Expiration Date:** | 11/11/2027 |
| **Filing Status:** | ACTIVE |
| **Pages:** | 1 |
| **Filing Number:** | 2400069744 |
| **Filing Date:** | 01/31/2024 |
| **Filing Time:** | 18:16 |
| **Filing Expiration Date:** | 11/11/2027 |
| **Filing Status:** | ACTIVE |
| **Pages:** | 1 |

**Collateral**

**Collateral1**

**Collateral Description:** 01/31/2024 2400069744 - ALL OF THE DEBTORS RIGHT, TITLE AND INTEREST IN THE PHOTOVOLTAIC SOLAR ENERGY EQ WITH RESPECT TO THE REFERENCED COLLATERAL

**Collateral2**