# GUY HARVEY HOLMAN, PLLC

A Bankruptcy and Consumer Law Firm



EXHIBIT D

6/17/2025


Goodleap, LLC
c/o CT Corp System
1999 Bryan St., Suite 900
Dallas, TX 75201


Re:  Case No. 24-31175 U.S. Bankruptcy Court (Northern District -Texas)

Attn Legal Dept:

This firm represents Rita Cazares (now deceased) debtor in the above-referenced bankruptcy case and Lia Arriaga (heir).  It has come to our attention that Goodleap has failed to provide releases to UCC liens which are clouding title to real property located at ███████████████████████  Please be advised that the Debtor's in personam liability on the debt owed to Goodleap was discharged in the bankruptcy.  All that remains now is Goodleap's UCC liens on the solar panels.

We hereby direct Goodleap to collect and remove its solar panel collateral from the above reference residence within 30 days of receipt of this letter or such collateral may be disposed of by the owner.  Further, we demand that Goodleap release its lien by immediately filing UCC-3 termination letters at both the State and County levels.

We have identified the following UCC-1 file Numbers which require immediate releases:
- 220055071567
- 2400069744
- 240015900364

Please be advised that your failure to timely meet these demands will cause use to file suit in the above referenced bankruptcy court to enforce our rights.

Kindest Regards,

Guy H. Holman, Esq.
gholman@debtreset.net

Encl: Order of Discharge

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Rita Cazares** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court | Northern District of Texas |
| Case number: | 24–31175–mvl7 |

Social Security number or ITIN ▮▮▮▮▮
EIN  _ _–_ _ _ _ _ _ _

Social Security number or ITIN  _ _ _ _
EIN  _ _–_ _ _ _ _ _ _

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rita Cazares

7/31/24

**By the court:** Michelle V. Larson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2